

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

TERRY L. HILL and               )
INSTITUTIONAL SECURITIES        )
CORPORATION,                    )
    Plaintiffs,                 )
                  )     Civil Action No. _____
       v.                       )
QUADS FINANCIAL GROUP, INC. and )
QUADS TRUST COMPANY,            )
    Defendants.                 )

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FILED**
AUG 14, 2006

CLERK, U.S. DISTRICT COURT
By _____
      **Deputy**

**3-06CV1465-L**
3227

## NOTICE OF REMOVAL

1.  Defendant, QUADS Financial Group, Inc. (QFG) was incorporated in Delaware and has its principal place of business in Maryland.

2.  Defendant, QUADS Trust Company (QTC) was chartered as a non-depository financial institution in Maine and has its principal place of business in Maryland.

3.  Plaintiff, Terry L. Hill (Hill) is a citizen of Texas.

4.  Plaintiff, Institutional Securities Corporation (ICS) was incorporated in Texas and has its principal place of business in Texas.

5.  Hill and ICS filed "Plaintiffs' Original Petition" styled *Terry L. Hill and Institutional Securities Corporation v. QUADS Financial Group, Inc. and QUADS Trust Company*, Cause No. 06-06325 (A-14th Judicial District) Dallas County, Texas.   Said petition was served on the defendants on July 24, 2006. Incorporated by reference are Exhibits A-D filed pursuant to Local Rule 81.1 and 28 U.S.C. §1446(a).

6.  The thirtieth day after July 24, 2006, is August 23, 2006.

1



7. This case is eligible to be removed to this Court pursuant to 28 U.S.C. § 1441 (a).

## I
## GROUNDS FOR REMOVAL
## PURSUANT TO 28 U.S.C. § 1441(a) – DIVERSITY

8. Both plaintiffs are citizens of Texas. Neither defendant is a citizen of Texas. There is complete diversity between all of the plaintiffs, on the one hand, and all of the defendants, on the other.

9. The jurisdictional amount of $75,000.00 is met because the plaintiffs seek an injunction preventing the defendants from pursuing their business in Texas. Such an injunction is worth in excess of $75,000.00 to the plaintiffs and would impose a cost to the defendants in excess of $75,000.00

10. The defendant QTC entered into custodial arrangements with non-profit organizations in Texas and elsewhere to make available tax derferred custodial accounts to employees of such non-profit organizations under Section 403(b) of the Internal Revenue Code. As of June 30, 2006, QTC had $237,989,608 in assets it holds as custodian for participants working in Texas, many of whom are public employees of Texas.

11. QTC authorized ISC to be its representative selling QTC custodial accounts in Texas. Hill acted on behalf of ISC during and after Hill acted as a director of the defendant QFG.

12. Plaintiff Hill committed business torts against the defendants, which torts included violating his duty of loyalty as a director for the defendants, self dealing and secretly profiting at the expense of the defendants. Hill

2



misappropriated the defendants' trademarks, trade secrets and other confidential and proprietary business information in order to use them to his own benefit. Hill was sent a cease and desist letter by QTC's counsel regarding Hill's unlawful use of QTC's trademark.

13.     There is likely to be evidentiary support, after a reasonable opportunity for further investigation and discovery, establishing that Hill has violated the securities laws of the United States.

14.     In addition to acting as the participants' RIA, the plaintiffs, on information and belief, also act as the participants' securities brokers. Plaintiffs thus derive revenues from participants as their RIA and as their broker. On information and belief, plaintiffs also receive "12(b)(1) trails" which are payments made to plaintiffs by various mutual funds in which the participants invest on the advice of the plaintiffs.     There is likely to be evidentiary support, after a reasonable opportunity for further investigation and discovery, establishing that plaintiffs have been churning the participants' accounts, are advising the participants to invest in inappropriate securities, and are receiving 12(b)(1) trails.

15.  QTC has been the custodian for payroll slot accounts with the right to authorize RIAs and brokers to communicate with participants in connection with their use of QTC custodial accounts.     Confronted with these circumstances regarding Hill's abuse of his relationship with QTC, QTC's participants and QTC's payroll slots, QTC terminated its relationship with the plaintiffs and has become qualified to engage in the business of advising participants, as a Trust company, in Texas.

3

16. If enjoined from continuing their business in Texas, Hill will derive and protect his illicit profits well in excess of $75,000.00. The value of the injunction sought by the plaintiffs may exceed $2.3 million.

Wherefore, for the foregoing reasons, the defendants hereby notice the removal of the state court action to this honorable court and request that the court hold an evidentiary hearing regarding this matter.

**I SWEAR THAT THE FOREGOING IS TRUE AND CORRECT TO THE**

**BEST OF MY INFORMATION AND BELIEF.**


Wayne S. Foren, CEO
QUADS Financial Group, Inc. and
QUADS Trust Company

Respectfully submitted,


Mike Forni Texas Bar # 24032184
100 Crecent Court, 7th Floor
Dallas, Texas 75201
(214) 459-8228 - Phone
(214) 459-3101 - Fax


## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Notice Of Removal to be served by ~~first class~~ certified mail, postage pre-paid this 14th day of August 2006, addressed to:

Donald H. Ray, Esq.
Ray & Wilson
6300 Ridglea Place, Suite 1008
Fort Worth TX 76116

Mike Forni

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TERRI L. HILL and | § | |
| INSTITUTION SECURITIES | § | |
| CORPORATION | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. _____ |
| | § | |
| QUADS FINANCIAL GROUP, INC. and | § | |
| QUADS TRUST COMPANY, | § | |
| | § | |
| Defendants. | § | |

## INDEX OF STATE COURT DOCUMENTS

1.  7/6/06     Dallas County Civil District Court Cover Sheet

2.  7/6/06     Plaintiffs' Original Petition

3.  8/3/06     Citation to Quads Financial Group, Inc. with Affidavit of Service

4.  8/3/06     Citation to Quads Trust Company with Affidavit of Service

5.  8/11/06    Dismissal Letter

**EXHIBIT**

A

AVERY

RECYCLED PAPER MADE FROM 70% POST CONSUMER CONTENT

**JUDGE'S DOCKET,**

| Action: | Filing: | No. DC-06-06325-A |
|---|---|---|

| PARTIES | ATTORNEYS |
|---|---|

Donald H. Ray #16598000
6300 Ridglea Place, Suite 1008
Fort Worth, TX 76116
(817)377-0500 (817)377-1232 Fax

**DC – 06 – 06325**

**Filed: 07/06/2006**

| COMMERCIAL DISPUTE | 14th District Court |
|---|---|

**TERRY HILL vs. QUADS FINANCIAL GROUP INC**

| Plaintiff | Lead Attorney |
|---|---|
| HILL, TERRY L | RAY, DONALD H |

| Defendant | Lead Attorney |
|---|---|
| QUADS FINANCIAL | |

1007080314194S

| JURY DEMAND DATE | DATE GIVEN | TO | SETTINGS | DATE SET | TIME | DATE GIVEN | TO | SETTINGS | DATE SET | TIME |
|---|---|---|---|---|---|---|---|---|---|---|
| FEE PAID BY | VOL. | PAGE | | | | | | ✓Status | 8/1/06 | |
| REPORTED HEARING | | | | | | 8/1/06 | Y | 9-15-2006 | | 2PM |

| DATE | WIT. | EX. | RPTR | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

- To fed court ............ ☐
- To another county ☐
- D.W.P. .................. ☐
- Default ................. ☐
- Agreed Jgt ............. ☐
- Summary Jgt ......... ☐
- Ex parte Jgt .......... ☐
- Non jury trial ........ ☐
- Jury on verdict ....... ☐
- Dir verd or NOV ..... ☐
- Other disposition ☐

- Voir dire ————
- Jury sworn ————
- Cty to jury ————
- Mistrial ————
- Hung jury ————
- Dir verd ————
- Verdict ————
- New Trial ————

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TERRI L. HILL and<br>INSTITUTION SECURITIES<br>CORPORATION<br><br>        Plaintiffs,<br><br>v.<br><br>QUADS FINANCIAL GROUP, INC. and<br>QUADS TRUST COMPANY,<br><br>        Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§  CIVIL ACTION NO. _____<br>§<br>§<br>§<br>§<br>§ |

## INDEX OF STATE COURT DOCUMENTS

1.    7/6/06        Dallas County Civil District Court Cover Sheet

2.    7/6/06        Plaintiffs' Original Petition

3.    8/3/06        Citation to Quads Financial Group, Inc. with Affidavit of Service

4.    8/3/06        Citation to Quads Trust Company with Affidavit of Service

5.    8/11/06       Dismissal Letter

**EXHIBIT**

C

## DALLAS COUNTY CIVIL DISTRICT COURT COVER SHEET

STYLED _Terry Hill et al v. QUADS Financial Group, Inc. et al_

2006 JUL -6 AM 9:38

This Civil Cover Sheet must be completed, filed and served with every petition. The information should be the best available at the time of filing, understanding that the information may change before trial. This information does not constitute a discovery request, response, or supplementation, and is not admissible at trial. Check (✔) all applicable boxes.

| Plaintiff(s) | Defendant(s) (list separately) |
|---|---|
| ☐ Pro Se _____ | _QUADS Financial Group, Inc._ |
| Address _____ | _QUADS Trust Company_ |
| Telephone/Fax _____ | |
| E-mail _____ | |
| ☐ Attorney for Plaintiff(s) | |
| State Bar No. _16593000_ | |
| Address _1008 Riector Plaine_ | |
| _Fort Worth, Tx 76116_ | |
| Telephone/Fax _817-377-0500; 817 377 1232_ | |
| E-mail _dreybw@scibell.net_ | |

### PARTIES _MUST_ CHECK ONE CASE TYPE AND MAY CHECK ONE SUB-TOPIC

- ☐ Administrative Appeal
- ☐ Bill of Review
- ☐ Certiorari
- ☐ Code Violations
- ☐ Condemnation
- ☐ Construction
- ☐ Debt/Contract
- ☐ Defamation
- ☐ Other Commercial Dispute
  - ☐ Antitrust/Unfair Comp
  - ☐ Consumer/DTPA
  - ☐ Franchise
  - ☐ Fraud/Misrep
  - ☐ Intellectual Property
  - ☐ Non-Competes
  - ☐ Partnership
  - ☐ Securities/Stock
  - ☑ Tortious Interference
  - ☑ Other Commercial
- ☐ Discipline
- ☐ Discovery
  - ☐ Rule 202 Depositions
  - ☐ Commissions
  - ☐ Subpoena
  - ☐ Letters Rogatory
  - ○ Other Discovery
- ☐ Employment
  - ☐ Discrimination
  - ☐ Retaliation

- ☐ Termination
- ○ Other Employment
- ☐ Foreclosure
  - ☐ R 736
  - ☐ Other than R 736
- ☐ Foreign Judgment
- ☐ Insurance
- ☐ Mass Tort/MDL/Rule 11
  - ☐ Asbestos
  - ☐ Baycol
  - ☐ Breast Implant
  - ☐ Firestone
  - ☐ Phen-Fen
  - ☐ Silica
  - ☐ Other Multi-Party
- ☐ Motor Vehicle Accident
- ☐ Other Personal Injury
  - ☐ Assault/Battery
  - ☐ Product
  - ☐ Premises
  - ☐ Other Personal Injury
- ☐ Name Change
- ☐ Post-Judgment
- ☐ Professional Liability
  - ☐ Accounting
  - ☐ Legal
  - ☐ Med/Mal
  - ☐ Other Prof. Liab.
- ☐ Property

- ☐ Partition
- ☐ Quiet Title
- ☐ Trespass/Try Title
- ○ Other Property
- ☐ Prejudgment Remedy
- ☐ Seizure/Forfeiture
- ☐ Tax
  - ☐ Tax Appraisal
  - ☐ Tax Delinquency
  - ☐ Tax Land Bank
  - ☐ Tax Personal
  - ☐ Tax Real
- ☐ Workers Comp
- ☐ Other

**ADDITIONAL SUB-TOPICS**
- ☐ Attachment
- ☐ Bill of Discovery
- ☐ Class Action
- ☐ Declaratory Judgment
- ☐ Garnishment
- ☐ Interpleader
- ☐ License
- ☐ Mandamus
- ☐ Receiver
- ☐ Sequestration
- ☐ Severance
- ☐ TRO/Injunction
- ☐ Turnover

| DISCOVERY LEVEL | ☐ Level 1 | ☐ Level 2 | ☐ Level 3 |
|---|---|---|---|

**Local Rule 1.08 Certification (Must be completed and signed)**

☑ This case is not subject to transfer pursuant to Local Rule 1.07, OR

☐ This case is related to another case filed or disposed of in Dallas County:

Court: _____ Style: _____ Case No. _____

_____
Attorney's Signature

# RAY & WILSON

### ATTORNEYS & COUNSELORS

DONALD H. RAY, P.C.
DRAYLAW@SWBELL.NET

A. BRUCE WILSON
WILSONAB@SWBELL.NET

6300 RIDGLEA PLACE, SUITE 1008
FORT WORTH TX 76116-5704

TELEPHONE: 817/377-0500
FACSIMILE: 817/377-1232

July 3, 2006

Jim Hamlin, District Clerk
600 Commerce Street, Suite 103
Dallas, TX 75202

A-14th

Re: Terry L. Hill, et al v QUADS Financial Group, Inc., et al

Dear Sir:

Enclosed for filing is Plaintiffs' Original Petition, together with our check in the amount of $233.00 in payment of your filing fees, including citation for **out-of-county service**. Please issue citations for service on the defendants as follows:

- Quads Financial Group, Inc., by serving its Chief Executive Officer, Wayne S. Foren, or its Vice President of Finance & Administration, Victor M. George, at 12 W. Church St., Frederick, Maryland, 21701.

- Quads Trust Company, by serving its Chief Executive Officer, Wayne S. Foren, or its Vice President, Victor M. George, at 12 W. Church St., Frederick, Maryland, 21701.

Please file-mark the enclosed copy and return it to our courier.

Yours very truly,

Hester Bradley
Legal Assistant

heb
Enclosure

Cause No. 06-06325

A-14th Judicial District

| | | |
|---|---|---|
| Terry L. Hill and | § | |
| Institutional Securities Corporation | § | |
| Plaintiffs | § | |
| v. | § | |
| QUADS Financial Group, Inc., and | § | |
| QUADS Trust Company | § | |
| Defendants | § | Dallas County, Texas |

## Plaintiffs' Original Petition

Terry L. Hill ("Hill") and Institutional Securities Corporation ("ISC") (collectively the "Plaintiffs") complain of QUADS Financial Group, Inc., ("QUADS") and QUADS Trust Company ("QUADS Trust") and would show as follows:

### I.

Discovery shall be conducted under TRCP 190.3.

### II.

2.01. Hill is an individual residing in Dallas County, Texas. ISC is a corporation with its principal place of business in Dallas County, Texas.

2.02 QUADS is organized under the laws of the State of Delaware, and may be served with process by serving its Chief Executive Officer, Wayne S. Foren, at 12 W. Church St., Frederick, Maryland, 21701, or its Vice President of Finance & Administration, Victor M. George, at the same address.

2.03 QUADS Trust is a non-depository trust company organized under the laws of the State of Maine. QUADS Trust may be served by serving its Chief Executive Officer,

---

Wayne S. Foren, at 12 W. Church St., Frederick, Maryland, 21701, or its Vice President, Victor M. George, at the same address.

### III.

3.01    Venue is proper in Dallas County, Texas, as all or a substantial part of the events or omissions complained of herein occurred in Dallas County.

3.02    This Court has jurisdiction because the damages claimed are within the jurisdictional limits of this Court.

### IV.

4.01 For a number of years Hill was a director of QUADS and was compensated in accordance with the agreement with QUADS. QUADS has recently refused, however, to compensate Hill as agreed for his services and currently owes Hill the sum of Thirty-one Thousand Five Hundred Dollars ($31,500) for past director's fees. Hill brings this suit to recover the amount owing him and, in addition thereto, reasonable and necessary attorney's fees in prosecuting his claim against QUADS.

4.02 QUADS and QUADS Trust have jointly begun a pattern of trying to disrupt the business of ISC and its business relationship with its clients by trying to move the clients to a competing organization without the consent of the clients, made numerous unauthorized charges to accounts of ISC clients, and misrepresented to institutions the ownership of the clients of ISC. Consequently, ISC and the business of ISC is being threatened with serious injury for which there is no adequate remedy at law. Consequently, ISC requests relief in the

form of a permanent injunction prohibiting QUADS and QUADS Trust from interfering with the business relationship between ISC and its clients.

WHEREFORE, Plaintiffs request that the Defendant be cited to appear and answer herein and that upon final hearing the Plaintiffs recover:

1) Sum of Thirty-one Thousand Dollars ($31,500) from QUADS for past due and owing director's fees;

2) reasonable attorney's fees;

3) prejudgment and post judgment interest as allowed by law;

4) injunctive relief;

4) costs of court and such other and further relief to which Plaintiffs may show themselves to be justly entitled.

Respectfully submitted,

Donald H. Ray          Texas Bar #16598000
RAY & WILSON
6300 Ridglea Place, Suite 1008
Fort Worth, TX 76116
Telephone:          817.377.0500
Fax:                817.377.1232
*Attorneys for Plaintiffs*

---

MAIL ATTY

# CITATION

No. : **DC-06-06325-A**

**TERRY HILL**

vs.

**QUADS FINANCIAL GROUP INC et al**

ISSUED

**on this the 11th day of July, 2006**

JIM HAMLIN
Clerk District Courts,
Dallas County, Texas

By **PEARLETTE TERRY**, Deputy

Attorney for Plaintiff
**DONALD H RAY**
**6115 CAMP BOWIE**
**SUITE 200**
**FORT WORTH       TX  76116**
**817-377-0500**

DALLAS COUNTY COUNTYLINE

FEES
PAID   (FEES NOT
PAID)

---

## FORM NO. 353-3 - CITATION
## THE STATE OF TEXAS

**To: QUADS FINANCIAL GROUP INC**
**BY SERVING ITS CHIEF EXECUTIVE OFFICER-WAYNE S FOREN**
**12 W CHURCH ST**
**FREDERICK MD 21701**

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and **ORIGINAL** petition, a default judgment may be taken against you.   Your answer should be addressed to the clerk of the **14th District Court** at 600 Commerce Street, Dallas, Texas 75202.
Said Plaintiff being **TERRY L HILL**.

Filed in said Court **on this the 6th day of July, 2006** against

**QUADS FINANCIAL GROUP INC et al**

For suit, said suit being numbered **DC-06-06325-A**, the nature of which demand is as follows:
Suit On COMMERCIAL DISPUTE etc. as shown on said petition       , a copy of which accompanies this citation.   If this citation is not served, it shall be returned unexecuted.
WITNESS: JIM HAMLIN, Clerk of the District Courts of Dallas, County Texas.
Given under my name and the Seal of said Court at office on this  **11th day of July, 2006**



**PEARLETTE TERRY**, Deputy

ATTEST: JIM HAMLIN
Clerk of the District Courts of Dallas, County, Texas

By _____



**HEADQUARTERS**
**FREDERICK COUNTY LAW**
**ENFORCEMENT CENTER**
110 Airport Drive East
Frederick, MD 21701
301-694-1046
301-694-1527 (Fax)
301-662-7655 (TTY)

**JUDICIAL OPERATIONS**
100 W. Patrick Street
Frederick, MD 21701
301-694-2162
301-631-3690 (Fax)

**DETENTION CENTER**
7300 Marcie's Choice Lane
Frederick, MD 21704
301-694-2550
301-694-2566 (Fax)

**CENTRAL BOOKING**
7300 Marcie's Choice Lane
Frederick, MD 21704
301-694-1790
301-694-1791 (Fax)

**JAMES W. HAGY**
SHERIFF

## AFFIDAVIT OF SERVICE

**STATE OF MARYLAND**

**COUNTY OF FREDERICK**

I, _Robert Disinger_____, A Constable, County of Frederick, State

of Maryland, being dully sworn, depose and say that I am a person of suitable age and

discretion to serve process, and not a party to the case; that on the _24th_ day of

_July_____, 2006 at _1:26PM_____

I **PERSONALLY** SERVED a:
                                          Citation

UPON:

N. Quads Financial Group, Inc. c/o Victor George (Vice President)

_____
**CONSTABLE**
**FREDERICK COUNTY, MARYLAND**

**SWORN TO AND SUBSCRIBED** before me, this

_26th_ **day of** _July_____, 2006 .

_____
**NOTARY PUBLIC**

*NOTARY PUBLIC*
*WASHINGTON CO., MD*

**MY COMMISSION EXPIRES:**
   ANGEL M. KURTZ
   NOTARY PUBLIC STATE OF MARYLAND
   My Commission Expires December 27, 2008

FORM NO. 353-3 – CITATION

# THE STATE OF TEXAS

**MAIL ATTY**

# CITATION

No. : **DC-06-06325-A**

To: QUADS TRUST COMPANY
BY SERVING ITS CHIEF EXECUTIVE OFFICER-WAYNE S FOREN
12 CHURCH ST
FREDERICK MD 21701

**TERRY HILL**
**vs.**
**QUADS FINANCIAL GROUP INC et al**

ISSUED
on this the 11th day of July, 2006

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and ORIGINAL petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **14th District Court** at 600 Commerce Street, Dallas, Texas 75202.
Said Plaintiff being **TERRY L HILL**

JIM HAMLIN
Clerk District Courts,
Dallas County, Texas

Filed in said Court **on this the 6th day of July, 2006** against

By **PEARLETTE TERRY**, Deputy

**QUADS FINANCIAL GROUP INC et al**

For suit, said suit being numbered **DC-06-06325-A**, the nature of which demand is as follows:
Suit On COMMERCIAL DISPUTE etc. as shown on said petition _____ , a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.
WITNESS: JIM HAMLIN, Clerk of the District Courts of Dallas, County Texas.
Given under my name and the Seal of said Court at office on this **11th day of July, 2006**

ATTEST: JIM HAMLIN
Clerk of the District Courts of Dallas, County, Texas

By _____
Pearlette Terry , Deputy
**PEARLETTE TERRY**

Attorney for Plaintiff
**DONALD H RAY**
6115 CAMP BOWIE
SUITE 200
FORT WORTH          TX  76116
817-377-0500

DALLAS COUNTY CONSTABLE
FEES PAID          FEES NOT PAID

FILED
06 AUG -3  AM 7:57
CLERK
TEXAS
DEPUTY



**HEADQUARTERS**
**FREDERICK COUNTY LAW**
**ENFORCEMENT CENTER**
110 Airport Drive East
Frederick, MD 21701
301-694-1046
301-694-1527 (Fax)
301-662-7655 (TTY)

**JUDICIAL OPERATIONS**
100 W. Patrick Street
Frederick, MD 21701
301-694-2162
301-631-3690 (Fax)

**DETENTION CENTER**
7300 Marcie's Choice Lane
Frederick, MD 21704
301-694-2550
301-694-2566 (Fax)

**CENTRAL BOOKING**
7300 Marcie's Choice Lane
Frederick, MD 21704
301-694-1790
301-694-1791 (Fax)

**JAMES W. HAGY**
SHERIFF

## AFFIDAVIT OF SERVICE

**STATE OF MARYLAND**

**COUNTY OF FREDERICK**

I, ___Robert Disinger___, A Constable, County of Frederick, State

of Maryland, being dully sworn, depose and say that I am a person of suitable age and

discretion to serve process, and not a party to the case; that on the ___24th___ day of

___July___, 2006 at ___1:36PM___

I **PERSONALLY** SERVED a:
                    Citation

UPON:
        Quads Trust Company c/o Victor George (Vice President)

**CONSTABLE**
**FREDERICK COUNTY, MARYLAND**

**SWORN TO AND SUBSCRIBED before me, this**

___26th___ **day of** ___July___, 2006 .

**NOTARY PUBLIC**

MY COMMISSION EXPIRES:
**ANGEL M. KURTZ**
**NOTARY PUBLIC STATE OF MARYLAND**
**My Commission Expires December 27, 2008**

14TH JUDICIAL DISTRICT COURT
GEORGE L. ALLEN COURTS BUILDING
600 COMMERCE STREET
DALLAS, TEXAS 75202-4604

August 11, 2006

FILE COPY

DC-06-06325-A
TERRY HILL  vs.  QUADS FINANCIAL GROUP INC et al



ALL COUNSEL OF RECORD AND PRO SE PARTIES:

The above case is set for dismissal, pursuant to Rule 165A, Texas Rules of Civil procedure and pursuant to the inherent power of the Court, on:

**September 15, 2006 at 2:00 PM**

If no answer has been filed, or if the answer filed is sufficient as a matter of law to place any of the facts alleged in your petition in issue, you will be expected to have moved for, and to have had heard, a summary judgment or to have proved up a default judgment on or prior to that date. Your failure to have done so will result in the dismissal of the case on the above date.

If you have been unable to obtain service of process and you wish to retain the case on the docket, you must appear on the above date, unless you have obtained a new setting from the court coordinator.

In no event will live witness be required unless the default prove-up is for an unliquidated claim. Liquidated claims and attorneys fees may be proved up by affidavit and the default hearing may be by telephone if requested from the Court Clerk.

If you should have any question, please feel free to call us.

Sincerely,

*Mary Murphy*

MARY MURPHY, DISTRICT JUDGE
14TH DISTRICT COURT
Dallas County, Texas

Cc:
  DONALD H RAY
  6300 RIDGLEA PLACE
  SUITE 1008
  FORT WORTH TX 76116



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TERRI L. HILL and | § | |
| INSTITUTION SECURITIES | § | |
| CORPORATION | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 3-06CV1465-L |
| QUADS FINANCIAL GROUP, INC. and | § | |
| QUADS TRUST COMPANY, | § | |
| | § | |
| Defendants. | § | |

## CERTIFICATE OF INTERESTED PERSONS

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COMES NOW Defendants Quads Financial Group, Inc. (QFG) and Quads Trust Company

(QTC) and file this Certificate of Interested Persons with the Court. Pursuant to Local Rules 3.1(f)

and 81.1(a)(3)(D), Defendants QFG and QTC disclose that the following individuals and entities

have a financial interest in the outcome of this case:

Quads Financial Group, Inc.

Quads Trust Company

Qualified Investment Management Company

Independent Hose Financial Center, L.L.P.

KCB Services and Company, L.L.P.

Steve Paleos, Esq.

Law Office of Mike Forni/Mike Forni, Esq.



**EXHIBIT**

D

CERTIFICATE OF INTERESTED PERSONS                                    PAGE 1

Terry L Hill

Institutional Securities Corporation

Ray & Wilson/Donald H. Ray, Esq.


Respectfully submitted,

By: _M. le F_____

         Mike Forni
         Texas Bar No. 24032184
Law Office of Mike Forni
100 Crescent Court, 7th Floor
Dallas, Texas 75201
Telephone: 214-459-8228
Facsimile: 214-459-3101

ATTORNEY FOR DEFENDANTS


## CERTIFICATE OF SERVICE

    I hereby certify that I caused the foregoing document to be served by certified mail, postage pre-paid this 14th day of August 2006, addressed to:


Donald H. Ray, Esq.
Ray & Wilson
6300 Ridglea Place, Suite 1008
Fort Worth TX 76116

                           _M. le F_____

                         Mike Forni

# CIVIL COVER SHEET

JS 44 (Rev. 11/04)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

TERRY L. HILL
INSTITUTIONAL SECURITIES CORPORATION

**(b)** County of Residence of First Listed Plaintiff DALLAS
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

SEE ATTACHMENT

## DEFENDANTS

2006 AUG 14 PM

QUADS FINANCIAL GROUP, INC.
QUADS TRUST COMPANY

County of Residence of First Listed Defendant FREDERICK
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

3-06CV1465-L

SEE ATTACHMENT

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☐ 3 Federal Question (U.S. Government Not a Party)

☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

SEE ATTACHMENT

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☒ 850 Securities/Commodities/ Exchange |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity)

Brief description of cause: SEE ATTACHMENT

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ >$75,000

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions): N/A

JUDGE

DOCKET NUMBER

DATE 8/14/06

SIGNATURE OF ATTORNEY OF RECORD Mike Fix

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

TERRI L. HILL and
INSTITUTION SECURITIES
CORPORATION

    Plaintiffs,

v.

QUADS FINANCIAL GROUP, INC. and
QUADS TRUST COMPANY,

    Defendants.

§
§
§
§
§
§
§
§
§
§
§
§



CIVIL ACTION NO. _____

**3 - 0 6 C V 1 4 6 5 - L**

## ATTACHMENT TO CIVIL SHEET

I.(c)    Attorney (Firm Name, Address and Telephone Number) for Plaintiffs:

Donald H. Ray, Esq.
Ray & Wilson
6300 Ridglea Place, Suite 1008
Fort Worth, Texas 76116
(817) 377-0500

Attorneys (Firm Name, Address and Telephone Number) for Defendants:

*Local Counsel*:
Mike Forni, Esq.
Law Office of Mike Forni
100 Crescent Court, 7th Floor
Dallas, Texas 75201

*In-House Corporate Counsel*:
Steve Paleos, Esq.
Quads Trust Company
Quads Financial Group, Inc.
12 W. Church
Frederick, MD 21701

1

III. CITIZENSHIP OF PRINCIPAL PARTIES:

Defendant, QUADS Financial Group, Inc. (QFG) was incorporated in Delaware and has its principal place of business in Maryland. Defendant, QUADS Trust Company (QTC) was chartered as a financial institution in Maine and has its principal place of business in Maryland. Plaintiff, Terry L. Hill (Hill) is a citizen of Texas. Plaintiff, Institutional Securities Corporation (ICS) was incorporated in Texas and has its principal place of business in Texas. Therefore, complete diversity exists among the respective parties.

IV. CAUSE OF ACTION

Plaintiffs maintain that defendants have disrupted their business relationship with their clients by trying to move clients to competing organization, charging unauthorized charges, and misrepresenting to institutions the ownership of Plaintiff ISC. Plaintiffs seek and economic damages and a permanent injunction.

Defendants maintain that Plaintiff Hill committed certain torts against defendants, which included violating his duty of loyalty as a director for defendants, committing certain business torts, self dealing and secretly profiting at the expense of Defendants. Defendants further maintain that Hill misappropriated Defendants' trademarks, trade secrets and other confidential and proprietary business information. Defendants also maintain that Hill violated the securities laws of the United States and was sent a cease and desist letter by QTC's counsel.

Respectfully submitted,

Mike Forni
Texas Bar # 24032184
100 Crecent Court, 7th Floor
Dallas, Texas 75201
(214) 459-8228 Phone
(214) 459-3101 Fax

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing document to be served by certified mail, postage pre-paid this 14th day of August 2006, addressed to:

Donald H. Ray, Esq.
Ray & Wilson
6300 Ridglea Place, Suite 1008
Fort Worth TX 76116

_____
Mike Forni



# United States District Court
# Northern District of Texas

## Supplemental Civil Cover Sheet For Cases Removed From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1. **State Court Information:**                    **3-06CV1465-L**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   | **Court** | **Case Number** |
   |-----------|-----------------|
   | 14th JUDICIAL DISTRICT DALLAS COUNTY, TEXAS | CAUSE NO. 06-06325 |

2. **Style of the Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code.)

   | **Party and Party Type** | **Attorney(s)** |
   |--------------------------|-----------------|
   | SEE ATTACHMENT | |

3. **Jury Demand:**

   Was a Jury Demand made in State Court?          ☐ Yes     ☒ No

   If "*Yes*," by which party and on what date?

   _____          _____
   Party                                        Date

**Supplemental Civil Cover Sheet**
**Page 2**

4.    **Answer:**

Was an Answer made in State Court?          ☐  Yes          ☒  No

If "*Yes*," by which party and on what date?

_____          _____
Party                                                                    Date

5.    **Unserved Parties:**

The following parties have not been served at the time this case was removed:

        **Party**                                          **Reason(s) for No Service**

        NONE.

6.    **Nonsuited, Dismissed or Terminated Parties:**

Please indicate any changes from the style on the State Court papers and the reason for that change:

        **Party**                                          **Reason**

        NONE.

7.    **Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

        **Party**                                          **Claim(s)**

           SEE ATTACHMENT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

TERRI L. HILL and                          §
INSTITUTION SECURITIES                     §
CORPORATION                                §
                                           §
                Plaintiffs,                §
                                           §
v.                                         §   CIVIL ACTION NO. _____
                                           §
QUADS FINANCIAL GROUP, INC. and            §
QUADS TRUST COMPANY,                       §
                                           §
                Defendants.                §

ATTACHMENT TO SUPPLEMENTAL CIVIL SHEET
FOR CASES REMOVED FROM STATE COURT

2.     Style of the Case:

       Plaintiff, Terri L. Hill
       Plaintiff, Institution Securities Corporation

       *Attorney of Record for Plaintiffs*:
       Donald H. Ray, Esq.
       Ray & Wilson
       6300 Ridglea Place, Suite 1008
       Fort Worth, Texas  76116
       (817) 377-0500


       Defendant, Quads Financial Group, Inc.
       Defendant, Quads Trust Company

       *Attorney of Record/Local Counsel for Defendants*:
       Mike Forni, Esq.
       Texas Bar No. 24032184
       Law Office of Mike Forni
       100 Crescent Court, 7th Floor
       Dallas, Texas 75201
       214-459-8228 Phone

*In-House Corporate Counsel for Defendants*:
Steve Paleos, Esq.
Virginia Bar No. 23086
District of Columbia Bar No. 358580
Quads Trust Company
Quads Financial Group, Inc.
12 W. Church
Frederick, MD  21701
703-571-4281 Phone


7.   Claims of the Parties

Plaintiffs maintain that defendants have disrupted their business relationship with their clients by trying to move clients to competing organization, charging unauthorized charges, and misrepresenting to institutions the ownership of Plaintiff ISC.   Plaintiffs seek and economic damages and a permanent injunction.

Defendants maintain that Plaintiff Hill committed certain torts against defendants, which included violating his duty of loyalty as a director for defendants, committing certain business torts, self dealing and secretly profiting at the expense of Defendants.   Defendants further maintain that Hill misappropriated Defendants' trademarks, trade secrets and other confidential and proprietary business information. Defendants also maintain that Hill violated the securities laws of the United States and was sent a cease and desist letter by QTC's counsel.


Respectfully submitted,


_Mike Fж_
Mike Forni
Texas Bar # 24032184
100 Crecent Court, 7th Floor
Dallas, Texas 75201
(214) 459-8228 Phone
(214) 459-3101 Fax


2

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing document to be served by certified mail, postage pre-paid this 14th day of August 2006, addressed to:

Donald H. Ray, Esq.
Ray & Wilson
6300 Ridglea Place, Suite 1008
Fort Worth TX 76116

_____
Mike Forni